United States Courts
Southern District of Texas
FILED

**SEALED** AUG 1 1 2021

Nathan Ochsner, Clerk of Court

**U.S. Department of Justice**
Washington, D.C.

**Criminal Docket**
Presented in Corpus Christi

CORPUS CHRISTI DIVISION

Magistrate No.: N/A

File:    INDICTMENT

Filed:    August 11, 2021

County:  Live Oak

LIONS #:  2021R03736

CR. No.: _____

**C-21-0739**

Judge: _____ **Judge David S. Morales**

Attorneys:

United States of America

v.

JOLIENNE SALINAS

JENNIFER B. LOWERY, ACTING U.S. ATTORNEY
BARBARA J. DE PENA, ASST. U.S. ATTORNEY
**GRAND JURY ACTION          APP'D   RET**

**PLEASE INITIAL** _____

| | |
|---|---|
| **TRUE BILL:** | _____ |
| **NO BILL:** | _____ |

Charge(s):   Ct. 1: Provided a prohibited object contrary as defined by 18 U.S.C. §1791(d)(1) (C), to wit: methamphetamine to an inmate at a Federal Correctional Institution: 18 U.S.C. 1791(a)(1) and 1791(b)(1)
Ct. 2: Did knowingly engage in a sexual act, to wit, sexual intercourse with T.M. who was at that time in official detention and under the custodial, supervisory, and disciplinary, authority of the Defendant 18 U.S.C. 2243(b)

Penalty:   Ct. 1: Not more than 20 years, or a fine of not more than $250,000, or both; not more than 3 year SRT; a $100 Special Assessment.
Ct. 2: Not more than 15 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; a $100 Special Assessment.

In Jail: _____

On Bond: _____

No Arrest:   XXX _____