UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

SEALED

United States Courts
Southern District of Texas
FILED

AUG 1 1 2021

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| JOLIENNE SALINAS | § | C-21-0739 |

## GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through Jennifer B. Lowery, Acting United States Attorney in and for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest JOLIENNE SALINAS, pursuant to an Indictment filed on August 11, 2021.   The Government moves for the defendant's detention without bond.

Respectfully submitted,

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____

BARBARA J. DE PENA
Assistant United States Attorney

2